```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  PRINCE JAVAN JENKINS

 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | No. CR-S-07-144 EJG |
| 12            Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| 13      v. | ) ) | |
| 14 PRINCE JAVAN JENKINS, | ) ) | Date: June 22, 2007 Time: 10:00 A.M. |
| 15 | ) ) | Judge: Hon. Edward J. Garcia |
| 16            Defendant. | ) | |
| 17 _____ | ) | |

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, HEIKO COPPOLA, Assistant United States

20  Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21  Defender, attorney for defendant, that the status conference now

22  scheduled for May 18, 2007 be vacated and a new date of June 22, 2007

23  be set for status.

24       The defendant was arraigned on the indictment on April 18, 2007.

25  The government has provided discovery, and defense counsel needs time

26  to review that discovery and perform legal research and investigation.

27       It is stipulated and agreed between the parties that the period

28  beginning May 18, 2007 to June 22, 2007 should be excluded in computing

the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: May 17, 2007

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/NED SMOCK
                                          NED SMOCK
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          PRINCE JAVAN JENKINS

                                          MCGREGOR W. SCOTT
                                          United States Attorney

Dated:  May 17, 2007
                                          /s/ Ned Smock for HEIKO COPPOLA
                                          HEIKO COPPOLA
                                          Assistant U.S. Attorney

                                **********

                                     **ORDER**

    **IT IS SO ORDERED.**

DATED: May 17, 2007

                                          /s/ Edward J. Garcia
                                          HONORABLE EDWARD J. GARCIA
                                          District Court Judge