1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR-S-07-144 EJG
                                )
12            Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE
13     v.                       )
                                )
14 PRINCE JAVAN JENKINS,        )  Date: July 27, 2007
                                )  Time: 10:00 a.m.
15            Defendant.        )  Judge: Hon. Edward J. Garcia
   _____)
16

17      It is hereby stipulated and agreed to between the United

18 States of America, by and through Heiko P. Coppola, Assistant

19 U.S. Attorney, and Prince Javan Jenkins, by and through his

20 counsel, Summer McKeivier, Attorney at Law, that the status

21 conference presently set for June 22, 2007 be vacated and

22 rescheduled for status conference on July 27, 2007, at 10:00 a.m.

23      This continuance is being requested because defense counsel

24 needs additional time for defense preparation and the parties

25 need additional time for plea negotiations.

26      It is further stipulated that the period from June 22, 2007,

27 through and including July 27, 2007, be excluded in computing the

28 time within which trial must commence under the Speedy Trial Act,

                                1

pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: June 15, 2007

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                             By:   /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant U.S. Attorney

Dated: June 15, 2007

                                     /s/ Heiko P. Coppola for
                                   SUMMER MCKEIVIER
                                   Attorney at Law
                                   Attorney for Defendant
                                   Per telephonic authority

IT IS SO ORDERED.

Dated: June 18, 2007

                                   /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
                                   U.S. District Judge