McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-144 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| PRINCE JAVAN JENKINS, | ) | Date: August 24, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant, | ) | Judge: Hon. Edward J. Garcia |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Prince Javan Jenkins, by and through his counsel, Summer McKeivier, Attorney at Law, that the status conference presently set for July 27, 2007 be vacated and rescheduled for status conference on August 24, 2007, at 10:00 a.m.

This continuance is being requested because defense counsel needs additional time for defense preparation and the parties need additional time for plea negotiations.

It is further stipulated that the period from July 27, 2007, through and including August 24, 2007, be excluded in computing

the time within which trial must commence under the Speedy Trial Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: July 16, 2007

          Respectfully submitted,

          McGREGOR W. SCOTT
          United States Attorney

By: /s/ Heiko P. Coppola
    HEIKO P. COPPOLA
    Assistant U.S. Attorney

Dated: July 16, 2007

    /s/ Heiko P. Coppola for
    SUMMER MCKEIVIER
    Attorney at Law
    Attorney for Defendant
    Per telephonic authority

IT IS SO ORDERED.

Dated: July 23, 2007

    /s/ Edward J. Garcia
    _____
    EDWARD J. GARCIA
    U.S. District Judge

2