McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-144 EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE |
| v. | ) |
| PRINCE JAVAN JENKINS, | ) Date: October 5, 2007 ) Time: 10:00 a.m. |
| Defendant, | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Prince Javan Jenkins, by and through his counsel, Summer McKeivier, Attorney at Law, that the status conference presently set for September 21, 2007 be vacated and rescheduled for status conference on October 5, 2007, at 10:00 a.m.

This continuance is being requested because defense counsel needs additional time for defense preparation and the parties need additional time to discuss the final terms of the plea agreement.

///

1  It is further stipulated that the period from September 21,
2 2007, through and including October 5, 2007, be excluded in
3 computing the time within which trial must commence under the
4 Speedy Trial Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and
5 Local Code T-4 for continuity and preparation of counsel.
6 Dated: September 17, 2007

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                              By:  /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant U.S. Attorney

Dated: September 17, 2007

                                        /s/ Heiko P. Coppola for
                                        SUMMER MCKEIVIER
                                        Attorney at Law
                                        Attorney for Defendant
                                        Per telephonic authority

IT IS SO ORDERED.

Dated: September 18, 2007

                                      /s/ EdwardJ. Garcia
                                      EDWARD J. GARCIA
                                      U.S. District Judge