UNITED DEFENSE GROUP
Summer McKeivier, SBN 230605
4181 Sunswept Drive, Ste. 100
Studio City, CA 91604
Telephone (818) 487-7400
Fax (818) 487-7414

Attorneys for Defendant,
PRINCE JAVAN JENKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No.: 2:07-cr-00144-EJG-1 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE** |
| vs. | |
| PRINCE JAVAN JENKINS, | |
| Defendant | |

ORDER

IT IS HEREBY ORDERED that the parties' stipulation for continuance be granted because the ends of justice so require. The sentencing in *United States v. Prince Jenkins,* Case No. 07-CR-00144-EJG-I, is continued until January 11, 2008, at 10 am.

DATED: December 10, 2007

/s/ Edward J. Garcia

THE HONORABLE SENIOR JUDGE
EDWARD J. GARCIA

-1-