HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PRINCE JAVAN JENKINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>PRINCE JAVAN JENKINS,<br><br>  Defendant. | No.  CR. S-07-144 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE – POTENTIAL RELEASE DATE, NOVEMBER 1, 2015<br><br>Judge:  Honorable  TROY L. NUNLEY |

Defendant, PRINCE JAVAN JENKINS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 11, 2008, this Court sentenced Mr. Jenkins to a term of 151 months imprisonment;

3. His total offense level was 31, his criminal history category was IV, and the resulting guideline range was 151 to 188 months;

4. The sentencing range applicable to Mr. Jenkins was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Jenkins' total offense level has been reduced from 31 to 29, and his amended guideline range is 121 to 151 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Jenkins' term of imprisonment to a term of 121 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  May 22, 2015                             Dated:   May 22, 2015

BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
United States Attorney                         Federal Defender


 /s/ Jason Hitt                                          /s/ David M. Porter
JASON HITT                                          DAVID M. PORTER
Assistant U.S. Attorney                         Assistant Federal Defender

Attorney for Plaintiff                             Attorney for Defendant
UNITED STATES OF AMERICA           PRINCE JAVAN JENKINS


## ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Jenkins is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 121 to 151 months. A sentence at the low end of the applicable guideline range is fair and reasonable pursuant to 18 U.S.C. § 3553(a).

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2008 is reduced to a term of 121 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

     Unless otherwise ordered, Mr. Jenkins shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  May 27, 2015

                     Troy L. Nunley
                     United States District Judge